S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
REAL VALUE PROPERTIES, LLC, REAL VALUE LOANS, LLC, ALAN LEVY, LEONARD LEVY, BRANDON TAITZ and JUSTIN DRUIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE F. ALFARO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REAL VALUE PROPERTIES, LLC; REAL VALUE LOANS, LLC; ALAN LEVY; LEONARD LEVY; BRANDON TAITZ; JUSTIN DRUIAN; and DOES 1 to 20,<br><br>　　　　Defendants. | **CASE NO.:** 5:18-cv-01756-GW-SP<br><br>**JUDGE:** Hon. George H. Wu<br><br>**REPLY MEMORANDUM RE: NO OPPOSITION TO THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE; DECLARATION OF JACOB M. CLARK**<br><br>**DATE:** January 10, 2019<br>**TIME:** 8:30AM<br>**CTRM:** 9D, 9th Floor<br><br>**ACTION FILED:** August 21, 2018 |

///

///

///

1
**REPLY MEMORANDUM RE: NO OPPOSITION TO THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE**
4728172.2 -- N1728.2SB

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Real Value Properties, LLC ("RVP"), Real Value Loans, LLC ("RVL"), Alan Levy ("A. Levy"), Leonard Levy ("L. Levy"), Brandon Taitz ("Taitz") and Jordan Druian ("Druian," and collectively "Defendants") respectfully submit this Reply Memorandum re: No Opposition to Defendants' Motion to Dismiss the First Amended Complaint and Motion to Strike ("Motion") of plaintiff Jose F. Alfaro ("Plaintiff").

### I. PLAINTIFF FAILED TO FILE ANY SUBSTANTIVE OPPOSITION TO THE MOTION

Defendants filed and served their Motion on December 6, 2018. *See* Court Docket No. 31. The hearing for the Motion is presently set for January 10, 2019, in Courtroom 9D, on the 9th Floor, before Judge George H. Wu. *Id.*

Central District of California *Local Rule* ("Local Rule") L.R. 7-9 requires that an opposing party is to file an opposition at least twenty-one (21) days prior to the date designated for the hearing on the motion. Accordingly, any opposition or statement of non-opposition to the Motion had to be filed and served no later than December 20, 2019.

To date, Defendant has not received any opposition to the Motion. *See* Declaration of Jacob M. Clark, ¶ 2. As of the date of this Reply, the Court's docket also reflects that no opposition has been filed to the Motion. *See* Court Docket. L.R. 7-12 states that the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. L.R. 7-12 further states that the failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, with the exception of a motion filed pursuant to F.R.Civ.P. 56. This instant motion is not a motion filed under F.R.Civ.P. 56. Thus, Plaintiff's failure to file an opposition to the Motion is a consent to the Court granting the Motion. Additionally, as the Court is aware, Plaintiff has been given an opportunity to properly amend his pleadings but

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

failed to so, as this Motion is a second motion to dismiss.

Thus, Defendants respectfully request that this Court refuses to consider any belated opposition, if one if filed, and grant the unopposed Motion without leave to amend.

## II. CONCLUSION

Defendants respectfully request the Court to dismiss Plaintiff's FAC in its entirety, with prejudice, as to RVL, A. Levy, L. Levy, Taitz and Druian.

DATED:  December 27, 2018

ALVARADOSMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
    S. CHRISTOPHER YOO
    JACOB M. CLARK
    Attorneys for Defendants
    REAL VALUE PROPERTIES, LLC, REAL VALUE LOANS, LLC, ALAN LEVY, LEONARD LEVY, BRANDON TAITZ and JUSTIN DRUIAN

## DECLARATION OF JACOB M. CLARK

I, JACOB M. CLARK, declare as follows:

1. I am an associate of the law firm of AlvaradoSmith, a Professional Corporation, attorneys of record herein for defendants Real Value Properties, LLC ("RVP"), Real Value Loans, LLC ("RVL"), Alan Levy ("A. Levy"), Leonard Levy ("L. Levy"), Brandon Taitz ("Taitz") and Jordan Druian ("Druian," and collectively "Defendants") in the above-captioned action ("Action"). I have been duly admitted to practice law in the State of California and before this District. If called as a witness in this Action, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. To date, our office has not received any opposition to Defendants' Motion to Dismiss the First Amended Complaint and Motion to Strike.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration is executed on December 27, 2018, at Santa Ana, California.

/s/ Jacob M. Clark
JACOB M. CLARK

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**
Jose F. Alfaro v. Real Value Properties, LLC, et al.
Case No.  5:18-cv-01756-GW (SPx)

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **AlvaradoSmith, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707**.

On December 27, 2018, I served the foregoing documents described as:

**REPLY MEMORANDUM RE: NO OPPOSITION TO THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE; DECLARATION OF JACOB M. CLARK**

on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐   **BY ELECTRONIC SERVICE:**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed in the Service List.

☐   **BY OVERNIGHT MAIL:**  I deposited such documents at the GSO Overnight or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707.  The envelope was deposited with delivery fees thereon fully prepaid.

☐   **BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒   (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.
Executed on December 27, 2018, at Santa Ana, California.

/s/ Suzanne St. Clair

Suzanne St. Clair

PROOF OF SERVICE

1

4697433.1 -- N1728.2SB

**SERVICE LIST**

Jose F. Alfaro v. Real Value Properties, LLC, et al.
**5:18-cv-01756-GW (SPx)**

| | |
|---|---|
| JOSE F. ALFARO<br>559 Elm Park Avenue<br>Rialto, CA 92376 | Plaintiff in Pro Per<br>Telephone: (909)213-9392 |