S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
REAL VALUE PROPERTIES, LLC, REAL VALUE LOANS, LLC, ALAN LEVY, LEONARD LEVY, BRANDON TAITZ and JUSTIN DRUIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE F. ALFARO,<br><br>    Plaintiff,<br><br>v.<br><br>REAL VALUE PROPERTIES, LLC; REAL VALUE LOANS, LLC; ALAN LEVY; LEONARD LEVY; BRANDON TAITZ; JUSTIN DRUIAN; and DOES 1 to 20,<br><br>    Defendants. | **CASE NO.:** 5:18-cv-01756-GW-SP<br><br>**JUDGE:** Hon. George H. Wu<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S TENTATIVE RULING ON THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE; DECLARATION OF JACOB M. CLARK**<br><br>**DATE:** January 10, 2019<br>**TIME:** 8:30AM<br>**CTRM:** 9D, 9th Floor<br><br>**ACTION FILED:** August 21, 2018 |

///
///
///

1
**DEFENDANTS' RESPONSE TO THE COURT'S TENTATIVE RULING ON THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE**
4735432.2 -- N1728.2SB

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Real Value Properties, LLC ("RVP"), Real Value Loans, LLC ("RVL"), Alan Levy ("A. Levy"), Leonard Levy ("L. Levy"), Brandon Taitz ("Taitz") and Jordan Druian ("Druian," and collectively "Defendants") respectfully submit this response to the Court's tentative ruling on Defendants' Motion to Dismiss the First Amended Complaint and Motion to Strike ("Motion") of plaintiff Jose F. Alfaro ("Plaintiff").

## I. PLAINTIFF FAILED TO FILE ANY RESPONSE TO THE COURT'S TENTATIVE RULING AND, AS SUCH, THE LAWSUIT SHOULD BE DISMISSED IN ITS ENTIRETY

On January 10, 2019, the Court provided Plaintiff the opportunity to file a response to the Court's tentative ruling on the Motion by January 18, 2019. To date, Defendant has not received any response from Plaintiff in response to the Court's tentative ruling. *See* Declaration of Jacob M. Clark, ¶ 2. As of the date of this pleading, the Court's docket also reflects that no response has been filed by Plaintiff. *See* Court Docket.

In the tentative ruling, the Court states its intent to dismiss the entire lawsuit without prejudice. While Defendants agree that the lawsuit should be dismissed in its entirety, Defendants contend that a significant portion of the lawsuit should be dismissed with prejudice.

The arguments presented in the now pending Motion as to the first, second, third, fourth, fifth and tenth claims are the same arguments that were raised in Defendants' original motion to dismiss that was granted by the Court. As detailed in the Motion, Plaintiff's claim under 15 U.S.C. § 1635 for rescission fails because said statute does not apply to purchase money loans. Plaintiff's claims under 15 U.S.C. § 1601, *et seq.* (except for § 1639), 12 C.F.R. § 226, and 12 U.S.C. § 2601 are all barred by the one-year statute of limitations. Plaintiff's claim under 12 U.S.C. § 2610 is barred because there is no private right of action under said statute.

2
DEFENDANTS' RESPONSE TO THE COURT'S TENTATIVE RULING ON THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE
4735432.2 -- N1728.2SB

The only claim that is not barred by applicable statute of limitations is under 15 U.S.C. § 1639, which has a three-year statute of limitations. However, for the reasons stated in the Motion, Plaintiff is unable maintain a declaratory relief action based upon the alleged violation of 15 U.S.C. § 1639. Accordingly, Defendants respectfully request the Court to dismiss with prejudice the first, second, third, fourth, fifth and tenth claims, with the exception of any claim under 15 U.S.C. 1639 being dismissed without prejudice.

Plaintiffs' sixth, seventh, eighth and ninth claims were improperly added to the First Amended Complaint without leave from the Court. However, for the reasons stated in the Motion, it is Defendants' position that Plaintiff is unable to state a claim for alleged violations of the Racketeer Influenced Corruption Organizations Act, the Fair Debt Collections Practices Act, and California Business and Professions Code § 17200. Accordingly, Defendants also respectfully request that sixth, seventh, eighth and ninth claims also be dismissed with prejudice.

## II.  CONCLUSION

For the foregoing reasons, Defendants respectfully request the Court to dismiss Plaintiff's First Amended Complaint in its entirety, with prejudice, as to RVL, A. Levy, L. Levy, Taitz and Druian. Further, RVP respectfully requests the Court to dismiss all claims asserted in the First Amended Complaint against RVP with prejudice, with the exception that any claim made pursuant to 15 U.S.C. § 1639 be dismissed without prejudice.

DATED: January 22, 2019

ALVARADOSMITH
A Professional Corporation

By: /s/ Jacob M. Clark
    S. CHRISTOPHER YOO
    JACOB M. CLARK
    Attorneys for Defendants
    REAL VALUE PROPERTIES, LLC,
    REAL VALUE LOANS, LLC, ALAN
    LEVY, LEONARD LEVY, BRANDON
    TAITZ and JUSTIN DRUIAN

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3
DEFENDANTS' RESPONSE TO THE COURT'S TENTATIVE RULING ON THE MOTION TO DISMISS
THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE
4735432.2 -- N1728.2SB

## DECLARATION OF JACOB M. CLARK

I, JACOB M. CLARK, declare as follows:

1. I am an associate of the law firm of AlvaradoSmith, a Professional Corporation, attorneys of record herein for defendants Real Value Properties, LLC ("RVP"), Real Value Loans, LLC ("RVL"), Alan Levy ("A. Levy"), Leonard Levy ("L. Levy"), Brandon Taitz ("Taitz") and Jordan Druian ("Druian," and collectively "Defendants") in the above-captioned action ("Action").  I have been duly admitted to practice law in the State of California and before this District.  If called as a witness in this Action, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. To date, our office has not received any response by plaintiff Jose F. Alfaro to the tentative ruling on Defendants' Motion to Dismiss the First Amended Complaint and Motion to Strike.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration is executed on January 22, 2018, at Santa Ana, California.

                    /s/ Jacob M. Clark
                    JACOB M. CLARK

A PROFESSIONAL CORPORATION
SANTA ANA

4
DEFENDANTS' RESPONSE TO THE COURT'S TENTATIVE RULING ON THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE
4735432.2 -- N1728.2SB

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**
Jose F. Alfaro v. Real Value Properties, LLC, et al.
Case No. 5:18-cv-01756-GW (SPx)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707**.

On January 22, 2019, I served the foregoing documents described as:

**DEFENDANTS' RESPONSE TO THE COURT'S TENTATIVE RULING ON THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE; DECLARATION OF JACOB M. CLARK**
on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed in the Service List.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the GSO Overnight or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.
Executed on January 22, 2019, at Santa Ana, California.

/s/ Suzanne St. Clair
_____
Suzanne St. Clair

PROOF OF SERVICE
1

4697433.1 -- N1728.2SB

**SERVICE LIST**

Jose F. Alfaro v. Real Value Properties, LLC, et al.
**5:18-cv-01756-GW (SPx)**

| | |
|---|---|
| JOSE F. ALFARO<br>559 Elm Park Avenue<br>Rialto, CA  92376 | Plaintiff in Pro Per<br>Telephone:  (909)213-9392 |